No. State 191. PFRUNDER, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 218 N. W. 2d 377.)

The cause was submitted for the plaintiff in error on the brief of *Patrick J. Devitt,* Legal Aid Society of Milwaukee, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *Robert D. Martinson,* assistant attorney general.

Order affirmed.